```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MARJORIE A. BROOKS,<br><br>        Plaintiff,<br>   v.<br><br>LEONARD J. FOGLIO, et al.,<br><br>        Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 13-2504<br>        (JEI/JS)<br><br>**ORDER GRANTING MOTION TO REMAND (Dkt. No. 7), DENYING REQUEST FOR ATTORNEY'S FEES, DENYING MOTION TO DISMISS AS MOOT, AND DISCHARGING ORDER TO SHOW CAUSE** |

**APPEARANCES:**

LAW OFFICE OF W. CRAIG KNAUP, PC
By: W. Craig Knaup
Executive Building
900 Haddon Ave., Ste. 206
Collingswood, NJ 08108
        Counsel for Plaintiff

LAW OFFICES OF JONATHAN WHEELER
By: Jonathan Wheeler
1617 JFK Boulevard, Ste. 1720
Philadelphia, PA 19103
        Counsel for Defendants Molette and All Property
        Adjustment Services, Inc.

MCMAHON, MARTINE & GALLAGHER, ESQS.
By: Patrick W. Brophy
55 Washington St., Ste. 720
Brooklyn, NY 11201

and

NIELSEN, CARTER & TREAS, LLC
By: Gerald J. Nielsen
3838 North Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
        Counsel for Defendants Colonial Claims Corporation,
        David Brush, and Ron Eubanks

**IRENAS,** Senior District Judge

This matter having appeared before the Court upon the Colonial Claims Defendants' Motion to Dismiss (Dkt. No, 3), the Court's Order to Show Cause Why the Matter Should Not be Remanded to State Court (Dkt. No. 5), and Plaintiff's Motion to Remand (Dkt. No. 7); the Court, having considered the submissions of the parties and arguments made during oral argument held June 18, 2013, and for good cause appearing;

**IT IS** on this \_\_\_2\_\_ day of July, 2013,

**ORDERED THAT:**

(1) Plaintiff's Motion to Remand is hereby **GRANTED**. The matter will be remanded to the Superior Court of New Jersey, Cape May division.

(2) Plaintiff's request for attorneys' fees contained within the Motion to Remand is hereby **DENIED**.

(3) The Colonial Claims Defendants' Motion to Dismiss is hereby **DENIED AS MOOT**.

(4) The Court's Order to Show Cause is discharged.

(5) The Clerk of Court is directed to **CLOSE THIS FILE.**

                                                    s/Joseph E. Irenas

                                               **Joseph E. Irenas, S.U.S.D.J.**